■ JOHN C. PEZZI, Appellant-Respondent, v O'BRIEN & GERE, INC., OF NORTH AMERICA et al., Respondents-Appellants. (Appeal No. 2.) [765 NYS2d 569] —Appeal and cross appeal from an order of Supreme Court, Onondaga County (Murphy, J.), entered August 20, 2002, which denied plaintiff's motion and defendants' cross motion to reargue.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (see *Empire Ins. Co. v Food City,* 167 AD2d 983, 984 [1990]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.